IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES FIRE INSURANCE COMPANY,<br><br>        Plaintiff,<br><br>vs.<br><br>DALEY'S MEDICAL TRANSPORTATION, INC., CAROL AHLBERG, MONICA CIARLO and JANE GEARY, AS SPECIAL ADMINISTRATOR FOR THE ESTATE OF HEIMO MICHELSON, DECEASED,<br><br>        Defendants. | Case No.  08 cv 7428 |

**PLAINTIFF'S MOTION FOR LEAVE TO RE-FILE ITS RESPONSE TO DEFENDANT DALEY'S MEDICAL TRANSPORTATION, INC.'S MOTION TO DISMISS WITH <u>EXHIBIT D ATTACHED</u>**

Plaintiff United States Fire Insurance Company ("U.S. Fire"), by its undersigned attorneys, for its Motion for Leave to re-file its Response to Defendant Daley's Medical Transportation, Inc. ("Daley's") Motion to Dismiss to include Exhibit D attached to its Response, states as follows:

1.  On April 1, 2009, Daley's filed its Motion to Dismiss for lack of subject matter jurisdiction.

2.  On May 14, 2009, U.S .Fire filed its Response to Daley's Motion to Dismiss, and on Page 9, footnote 2, U.S. Fire referenced a decision rendered in *St. Paul Fire and Marine Insurance Company v. Prairie Title Services, Inc.*, No. 04 C 4178, and noted that the decision was attached to the Response as Exhibit D.

        3.      It was recently discovered that the decision was not attached to the Response. U.S. Fire now seeks leave to re-file its Response with Exhibit D attached. A copy of the corrected Response is attached hereto as Exhibit 1.

WHEREFORE, Plaintiff United States Fire Insurance Company requests that the Court grant it leave to re-file its Response to Daley's Motion to Dismiss, with Exhibit D attached, and award any other or further relief as the Court deems just and appropriate.

                              United States Fire Insurance Company

                              By: s/ Christopher J. Bannon
                                  One of its attorneys

Christopher J. Bannon (ARDC # 6196298)
Howard J. Fishman (ARDC # 6216066)
Sheila A. Loop (ARDC # 6280495)
Aronberg Goldgehn Davis & Garmisa
330 N. Wabash Avenue, Suite 1700
Chicago, IL 60611
(312) 828-9600

528112